# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FLORETHA HAWKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-1177-D ) |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 22], issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Jones finds that the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further judicial review.[1]

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 22] is ADOPTED in its entirety. The Commissioner's decision is AFFIRMED. A separate judgment shall be entered accordingly.

---

[1] *See Moore v. United States*, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS SO ORDERED** this 10th day October, 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge